United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHAWN GRANBERRY,

       Plaintiff,

  v.

JET BLUE AIRWAYS,

       Defendant.

_____/

No. C 04-00845 JSW

**ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE**

     Pursuant to Civil Local Rule 72-1 this matter is referred to a randomly assigned magistrate judge for resolution of the parties' current discovery dispute filed on April 28, 2005 and for resolution of all discovery matters.  The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

     **IT IS SO ORDERED.**

Dated:  April 29, 2005

       _/s/ Jeffrey S. White_____
       JEFFREY S. WHITE
       UNITED STATES DISTRICT JUDGE

cc: Wings Hom