DAVID A. WIMMER (State Bar No. 155792)
MELISSA G. TURAI (State Bar No. 224470)
**SWERDLOW FLORENCE**
**SANCHEZ SWERDLOW & WIMMER**
A Law Corporation
9401 Wilshire Blvd., Suite 828
Beverly Hills, California 90212
Telephone: (310) 288-3980
Facsimile: (310) 273-8680

Attorneys for Defendant
JETBLUE AIRWAYS CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAWN GRANBERRY,<br><br>Plaintiff,<br><br>vs.<br><br>JETBLUE AIRWAYS,<br><br>Defendant. | CASE NO. C 04 0845 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS BEYOND THE DISCOVERY CUTOFF DATE**<br><br>The Hon. Jeffrey S. White, Dept. 2<br>Action Filed: March 1, 2004<br><br>Discovery Cutoff: June 30, 2005<br>Motion Cutoff: September 9, 2005<br>Trial Date: November 28, 2005 |

WHEREAS, the fact discovery cutoff date is currently set on June 30, 2005;

WHEREAS, Defendant recently discovered the existence of backup tapes containing documents which may be responsive to discovery propounded by Plaintiff;

1   WHEREAS, Defendant is only aware of the existence of the backup tapes,
2   but has not had an opportunity to locate or review the tapes for responsive
3   documents;
4   WHEREAS, Defendant requests a 30-day extension beyond the current
5   discovery cutoff date in order to locate and ascertain whether the tapes contain any
6   responsive documents; and
7
8   IT IS HEREBY STIPULATED by and between the parties to this action,
9   through their respective counsel, AND IT IS HEREBY REQUESTED OF THE
10   COURT that discovery shall remain open for a period of 30 days to July 30, 2005
11   for the limited purpose of Defendant providing supplemental responses to discovery

SWERDLOW FLORENCE
SANCHEZ SWERDLOW & WIMMER
9401 WILSHIRE BLVD., SUITE 828
BEVERLY HILLS, CALIFORNIA 90212
TEL (310) 288-3980 • FAX (310) 273-8680

1  and, if necessary, the reconvening of depositions solely for questioning concerning
2  the supplemental responses to discovery, i.e., responses provided after June 30,
3  2005.

5  DATED: June 29, 2005

SWERDLOW FLORENCE
SANCHEZ SWERDLOW & WIMMER

By: _____
~~DAVID A. WIMMER~~ MELISSA TURAY
Attorneys for Defendant JETBLUE
AIRWAYS CORPORATION

DATED: June 29, 2005

COLE & FASANO

By: _____
RUFUS L. COLE
Attorneys for Plaintiff SHAWN
GRANBERRY

IT IS SO ORDERED:

Dated: June 30, 2005

/s/Jeffrey S. White
_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

85992.1

3

C 04 0845 JSW
STIPULATION TO EXTEND TIME TO
RESPOND TO P'S REQUEST FOR
PRODUCTION OF DOCS

SWERDLOW FLORENCE
SANCHEZ SWERDLOW & WIMMER
8401 WILSHIRE BLVD., SUITE 828
BEVERLY HILLS, CALIFORNIA 90212
TEL (310) 288-3980 • FAX (310) 273-8860