UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAWN GRANBERRY,

    Plaintiff,

v.

JET BLUE AIRWAYS,

    Defendant.
_____/

No. C-04-0845 JSW (EMC)

**ORDER RE HEARING ON JOINT LETTER OF JULY 21, 2005
(Docket No. 42)**

On July 21, 2005, the parties filed a joint letter with the Court regarding several discovery disputes. The Court shall conduct a conference call to discuss these disputes with the parties on **July 26, 2005, at 2:00 p.m.**

IT IS SO ORDERED.

Dated: July 22, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge