

# Cole & Fasano

720 Market Street, Penthouse Suite
San Francisco, California 94102-2500
tel (415) 956-8800 ■ fax (415) 956-8811

RUFUS L. COLE
*Attorney*

September 15, 2005

E-Filed

THE HONORABLE JEFFREY S. WHITE
Courtroom 2, 17th Floor
U.S. District Court for Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *Shawn Granberry vs. Jet Blue Airways, Inc.*
            U.S. District Court, No. District of California, Case No. C04-00845 JSW

Dear Judge White:

Please be advised that Plaintiff and Defendant have reached a verbal settlement to the above referenced litigation which is scheduled for trial **November 28, 2005** with Defendant's Motion for Summary Judgment to be heard on **September 30, 2005.** To permit the parties to circulate the necessary closing papers, we request that all dates be vacated and that we be provided through October 14, 2005 by which to file a dismissal of the action.

Please feel free to contact me should you have any questions concerning the above request.

Very truly yours,

COLE & FASANO

/s/
Rufus L. Cole

RLC:me

cc:    Melissa Turai

F:\Clients Data\GRANBERRY\COMM\JUDGE WHITE9.155.wpd

IT IS SO ORDERED.

*Jeffrey S. White*

UNITED STATES DISTRICT JUDGE

Dated: September 19, 2005