Rufus L. Cole, Esq. (SB# 60843)
COLE & FASANO
720 Market Street, Penthouse Suite
San Francisco, California 94102-2500
Telephone: [415] 956-8800
Facsimile: [415] 956-8811

Attorneys for Plaintiff
SHAWN GRANBERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN GRANBERRY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JET BLUE AIRWAYS,<br><br>　　　　Defendant. | Case No. C04-0845 JSW<br><br>**STIPULATION AND REQUEST<br>FOR DISMISSAL**<br><br><br>Trial Date:　11/28/05<br>Judge: The Hon. Jeffrey S. White |

WHEREAS Plaintiff SHAWN GRANBERRY and Defendant JET BLUE AIRWAYS have reached a settlement to the above-captioned case which is the subject of a separate Settlement and General Release Agreements,

IT IS HEREBY STIPULATED by and between the parties and said parties do HEREBY REQUEST the above case be Dismissed and each party shall bear their own cost and attorney fees.

Dated: October 6, 2005

_/s/ David Wimmer_
David Wimmer, Esq.
SWERDLOW, SANCHEZ,
FLORENCE SWERDLOW & WIMMER
9401 Wilshire Boulevard - Suite 828
Beverly Hills, California 90212

Attorneys for Defendant JET BLUE AIRWAYS

---

Cole & Fasano
720 Market Street
Penthouse Suite
San Francisco, CA 94102-2500
Telephone: (415) 956-8800

STIPULATION AND REQUEST FOR DISMISSAL

C04-0845 JSW

| | |
|---|---|
| 1  Shawn Granberry v. Jet Blue Airways | Case No. C04-0845 JSW |

Dated: October 5, 2005

Rufus L. Cole, Esq.
COLE & FASANO
720 Market Street, Penthouse Suite, 10th Floor
San Francisco, California 94102

Attorneys for Plaintiff SHAWN GRANBERRY

### ORDER

The court having considered the above stipulation, and good cause appearing, this matter is hereby Dismissed with prejudice, each party to bear their own cost and attorney fees.

Dated: October 7, 2005

*Jeffrey S White*
JEFFREY S. WHITE, Judge
U.S. District Court for No. Dist. of California

F:\Clients Data\GRANBERRY\PLEAD\Stipulation&Req4Dismissal.wpd

---

STIPULATION AND REQUEST FOR DISMISSAL          C04-0845 JSW